IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACKIE MOSLEY                                                                                       PLAINTIFF

v.                                           NO.  3:06cv00039 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

Plaintiff has filed a motion to dismiss this cause of action (doc. 11), stating that Defendant has awarded benefits to Plaintiff, with a disability onset date of August 1, 2004. The motion is granted.  Judgment will be entered accordingly.

IT IS SO ORDERED this 22nd day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE