IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACKIE MOSLEY                                        PLAINTIFF

v.                      NO.  3:06cv00039 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                            DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case.

IT IS SO ORDERED this 22nd day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE